No. D–803. IN RE DISBARMENT OF DIRICCO. It is ordered that Dennis R. DiRicco, of San Mateo, Cal., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.